**CENTRAL MFG. CO., Appellant,**

v.

**JL AUDIO, INC., Appellee.**

No. 04–1112.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**CLIMAX MOLYBDENUM COMPANY, Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee,**

and

Molychem LLC, Intervenor.

No. 04–1030.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2003.

*ORDER*

Upon consideration of Climax Molybdenum Company's unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All parties shall bear their own costs.